

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2010

BY FACSIMILE
Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/10

Re: **United States v. Hebert Veloza Garcia**
S1 07 Cr. 274 (WHP)

Dear Judge Pauley:

The above-referenced matter was scheduled for a status conference on April 23, 2010, at 2:00 p.m. I understand from conversations with the Court's deputy that the conference has been taken off of the calendar in light of the fact that the defendant is scheduled to enter a plea of guilty before the Magistrate next week, on Wednesday, April 28, 2010, at 11:00 a.m. In an abundance of caution, the Government respectfully requests that the Court set a control date of May 14, 2010, and further that the Court exclude the time from April 23, 2010, through the control date of May 14, 2010. The Government submits that such an exclusion would serve the ends of justice in this matter and outweighs the interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The defendant joins in these requests.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Jenna Dabbs*
Jocelyn Strauber/Jenna Dabbs
Assistant United States Attorneys
(212) 637-1034/2212
(212) 637-0086 (fax)

APPLICATION GRANTED IN THE INTERESTS OF JUSTICE.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/23/10

cc: Ruben Oliva, Esq.