

ROJAS & OLIVA, P.A.
Fountain Square
15800 Pines Boulevard
Suite 206
Pembroke Pines, FL 33027
305-373-6868

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/16

RECEIVED
MAR -- 2016
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

March 1, 2016

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

        RE:    United States v. Hebert Veloza Garcia
                 Criminal Docket No. S1 07 CR 274 (WHP)

Dear Judge Pauley:

The above referenced matter is currently scheduled for sentencing on Friday, March 4th, 2016 at 2:30 P.M. The parties are jointly requesting that this matter be reset until April 8th, 2016 at 3:30 P.M. in order to allow the parties to prepare and submit their submissions and to informally resolve a variety of significant sentencing issues. Undersigned counsel has conferred with Assistant United States Attorney, Andrea Surratt, Esq., who joins in the request herein.

Respectfully submitted,

*[signature]*

Ruben Oliva, Esq.

cc:    Andrea Surratt, AUSA

Adjourned to April 8, 2016 at 3:30 pm.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
3/2/16