

ROJAS & OLIVA, P.A.
Fountain Square
15800 Pines Boulevard
Suite 206
Pembroke Pines, FL 33027
305-373-6868

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/16
```

April 1, 2016

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

4/5/16

RE:   United States v. Hebert Veloza Garcia
      Criminal Docket No. S1 07 CR 274 (WHP)

Dear Judge Pauley:

The above referenced matter is currently scheduled for sentencing on Friday, April 8th, 2016 at 3:30 P.M. The parties are jointly requesting that this matter be reset until May 20th, 2016 at 3:30 P.M. in order to allow the parties to prepare and submit their submissions. Undersigned counsel has conferred with Assistant United States Attorney, Andrea Surratt, Esq., who joins in the request herein.

Respectfully submitted,

Ruben Oliva, Esq.

cc:   Andrea Surratt, AUSA