

**ROJAS & OLIVA, P.A.**
Fountain Square
15800 Pines Boulevard
Suite 206
Pembroke Pines, FL 33027
305-373-6868

May 11, 2016

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

      RE:    United States v. Hebert Veloza Garcia
                   Criminal Docket No. S1 07 CR 274 (WHP)

Dear Judge Pauley:

The above referenced matter is currently scheduled for sentencing on Friday, May 20th, 2016 at 3:30 P.M. The parties are jointly requesting that this matter be reset for Tuesday June 7th, 2016 at 2:30pm in order to allow the parties to prepare and submit their submissions and to informally resolve a variety of significant sentencing issues. Undersigned counsel has conferred with Assistant United States Attorney, Andrea Surratt, Esq. who joins in the request herein.

Respectfully submitted,

Ruben Oliva, Esq.

cc:    Andrea Surratt, AUSA